### EXHIBIT 1 - Wires From Victim-Linked Shell Companies to Bank 2 Accounts
### June 2022 - March 2023

| Attribution | Shell Company | Wire Transfer to SUBJECT ACCOUNT Date Range Beginning | Wire Transfer to SUBJECT ACCOUNT Date Range Ending | Total Wires to SUBJECT ACCOUNT | Identified Victim Transactions | USSS Interviewed Victims Transactions |
|---|---|---|---|---|---|---|
| A & B | BC COMMERCE LLC | 7/7/2022 | 7/7/2022 | $255,000 | 1 | 1 |
| A & B | ASPECT TRADING LLC | 2/10/2023 | 2/16/2023 | $449,200 | 2 | 1 |
| A & B | BFC REMODEL LLC | 3/8/2023 | 3/23/2023 | $768,090 | 3 | 0 |
| A & B | BFC SUPPLY LLC | 3/8/2023 | 3/23/2023 | $813,835 | 5 | 1 |
| A & B | BITOO CONSULTING INC | 1/18/2023 | 1/27/2023 | $653,400 | 4 | 3 |
| A & B | BS INVESTMENTS LLC | 6/29/2022 | 7/1/2022 | $210,220 | 2 | 1 |
| A & B | CMD EXPORT AND IMPORT | 6/27/2022 | 8/23/2022 | $1,298,646 | 15 | 3 |
| A & B | CREATIVE HOMEGOODS LLC | 2/8/2023 | 2/15/2023 | $551,700 | 4 | 1 |
| A & B | CZY REMODEL INC | 12/9/2022 | 1/4/2023 | $1,813,000 | 11 | 0 |
| A & B | DANCO GLOBAL, INC | 3/13/2023 | 3/29/2023 | $788,500 | 4 | 2 |
| A & B | FJZ EXPORT AND IN PORT | 11/17/2022 | 11/17/2022 | $60,000 | 32 | 0 |
| A & B | FUYU COMMERCE LLC | 1/18/2023 | 2/8/2023 | $1,172,100 | 10 | 2 |
| A & B | GOJI BERRY ENTERPRISE INC | 3/10/2023 | 3/29/2023 | $821,900 | 6 | 2 |
| A & B | GOOD LUCK TRADING LLC | 10/3/2022 | 10/26/2022 | $300,000 | 1 | 0 |
| A & B | GUDI TRADING INC | 9/23/2022 | 10/19/2022 | $325,000 | 2 | 1 |
| A & B | WYNNING 998 INC | 7/11/2022 | 10/11/2022 | $4,290,000 | 0 | 0 |
| A & B | H & C TRADING LLC | 2/23/2023 | 3/28/2023 | $1,673,800 | 7 | 2 |
| A & B | KAIS TEA SET SUPPLIES LLC | 2/27/2023 | 3/27/2023 | $1,523,200 | 9 | 2 |
| A & B | KQQ KITCHEN APPLIANCE WHOLESALE LLC | 3/3/2023 | 3/23/2023 | $718,150 | 4 | 1 |
| A & B | KQQ TRADING LLC | 3/3/2023 | 3/27/2023 | $762,740 | 6 | 1 |
| A & B | LEADING CONSTRUCTION LLC | 1/19/2023 | 1/25/2023 | $443,000 | 2 | 1 |
| A & B | LJS REMODELING LLC | 1/10/2023 | 1/19/2023 | $259,000 | 0 | 1 |
| A & B | LJS SUPPLY LLC | 1/10/2023 | 2/9/2023 | $1,279,250 | 11 | 3 |
| A & B | LQH SUPPLY LLC | 1/26/2023 | 2/13/2023 | $1,094,860 | 7 | 1 |
| A & B | MINGXING REMODEL LLC | 11/21/2022 | 12/13/2022 | $764,000 | 3 | 1 |
| A & B | MINGXING TRADING LLC | 11/1/2022 | 11/30/2022 | $1,331,300 | 5 | 1 |
| A & B | MYB SUPPLY LLC | 8/8/2022 | 8/29/2022 | $537,093 | 5 | 1 |
| A & B | ORDECO TRADING CO LIMITED | 11/15/2022 | 12/9/2022 | $387,300 | 4 | 1 |
| A & B | PBB INTERNATIONAL CONSULTING CORPORATION | 8/5/2022 | 8/22/2022 | $250,000 | 6 | 2 |
| A & B | QAG TRADING LLC | 9/27/2022 | 10/25/2022 | $963,000 | 10 | 2 |
| A & B | SEA DRAGON REMODEL INC | 11/1/2022 | 12/6/2022 | $849,600 | 15 | 2 |
| A & B | SKJ TRADING LLC | 8/17/2022 | 9/2/2022 | $660,500 | 9 | 0 |
| A & B | SMX BEAUTY INC | 11/28/2022 | 12/22/2022 | $1,246,260 | 9 | 1 |
| A & B | SMX TRAVEL INC | 12/1/2022 | 12/16/2022 | $1,039,500 | 5 | 1 |
| A & B | SUB TRADING LLC | 6/17/2022 | 8/31/2022 | $330,505 | 3 | 1 |
| A & B | SUNRISE SUPPLY LLC | 1/24/2023 | 2/8/2023 | $785,300 | 5 | 2 |
| A & B | VANTOP TRADING | 8/3/2022 | 8/3/2022 | $220,000 | 1 | 0 |
| A & B | WXY SKINCARE SPA LLC | 2/10/2023 | 2/17/2023 | $507,900 | 5 | 1 |
| A & B | XIEYUNZHU TRADING INC | 12/19/2022 | 12/21/2022 | $85,000 | 5 | 0 |
| A & B | YHM SUPPLY LLC | 2/6/2023 | 2/15/2023 | $785,040 | 3 | 1 |
| A & B | YHM TRADING LLC | 1/18/2023 | 2/15/2023 | $1,020,900 | 4 | 2 |
| A & B | YOULONG FURNISHING INC | 1/11/2023 | 1/31/2023 | $1,300,800 | 5 | 1 |
| A & B | YXJ TRADING CORPORATION | 9/14/2022 | 9/30/2022 | $1,190,000 | 2 | 0 |
| A & B | YYJ CONSULTING CORPORATION | 9/21/2022 | 10/26/2022 | $1,330,000 | 11 | 2 |
| A & B | YZX LUXURY LLC | 11/15/2022 | 12/15/2022 | $1,505,900 | 3 | 1 |
| A & B | YZX TRENDING LLC | 11/15/2022 | 12/15/2022 | $1,119,500 | 8 | 1 |
| A | BAISHUNXING TRADING INC | 3/13/2023 | 3/29/2023 | $806,300 | 3 | 1 |
| A | BOGANG TRADE LIMITED | 11/17/2022 | 11/18/2022 | $686,000 | 1 | 1 |
| A | CAREYPROPERTIES, INC. | 11/1/2022 | 11/1/2022 | $309,550 | 0 | 1 |
| A | COMMERCIAL BUILDING MAINTENANCE | 7/20/2022 | 7/20/2022 | $25,000 | 0 | 1 |
| A | DONGDONG TRADING CO LIMITED | 11/28/2022 | 11/29/2022 | $187,000 | 4 | 1 |
| A | GUANGDA LOGISTICS INC | 3/13/2023 | 3/27/2023 | $879,000 | 4 | 1 |
| A | HING SHING TRADE LIMITED WORKSHOP | 11/15/2022 | 12/14/2022 | $764,700 | 2 | 1 |
| A | HONG'S TRADING LLC | 10/31/2022 | 11/18/2022 | $284,012 | 4 | 0 |
| A | JIMEI TRADING INC | 6/23/2022 | 9/8/2022 | $1,213,600 | 1 | 0 |
| A | LIVELY HOMEGOOD LLC | 2/6/2023 | 2/22/2023 | $600,100 | 3 | 1 |
| A | SEA DRAGON TRADING LLC | 10/17/2022 | 10/21/2022 | $280,000 | 2 | 1 |
| A | SHANGHAI FOOD & GROCERIES LLC | 1/23/2023 | 2/8/2023 | $1,479,400 | 5 | 3 |
| A | SMART BUYER TRADING INC. | 9/9/2022 | 9/21/2022 | $608,000 | 4 | 0 |
| A | TXJSEAFOOD LLC | 7/22/2022 | 7/27/2022 | $270,000 | 0 | 1 |
| A | XYM GLOBAL LLC | 8/26/2022 | 9/13/2022 | $334,800 | 4 | 0 |
| A | ZHENFA TRADING LLC | 6/17/2022 | 7/5/2022 | $216,805 | 3 | 0 |
| A | ZQC SUPPLY LLC | 2/6/2023 | 2/22/2023 | $760,350 | 3 | 1 |
| B | 8898 MANAGEMENT INC | 7/1/2022 | 7/29/2022 | $2,715,000 | 0 | B |
| B | MINGXINGTRANDING, INC. | 11/4/2022 | 12/5/2022 | $586,000 | 0 | B |
| B | TAHNJIN INC. | 8/3/2022 | 10/5/2022 | $2,188,000 | 0 | B |
| B | TSYSON INC | 7/22/2022 | 8/11/2022 | $1,170,000 | 0 | B |
| B | YM HOUSE REMODELING COMPANY | 8/26/2022 | 8/26/2022 | $110,000 | 0 | B |
| B | YONGDI TRADING CO., LIMITED | 11/21/2022 | 12/1/2022 | $376,000 | 0 | B |
| B | PBB International Consulting Corp | 7/12/2022 | 7/12/2022 | $55,000 | 3 | B |
| B | Wynne Win Inc | 8/4/2022 | 8/4/2022 | $360,000 | 0 | B |
| B | Yubo Miao | 8/30/2022 | 8/30/2022 | $40,874 | 0 | B |
| B | QAG Trading Inc | 10/21/2022 | 10/21/2022 | $40,000 | 1 | B |
| B | ZHONGYONG TRADE INC | 12/27/2022 | 1/3/2023 | $586,000 | 0 | B |
| **Grand Total** | | | | **$58,465,480** | **321** | **68** |

**Chart Legend**
A – Attributed victim proceeds
B – Attributed Shell Company address
A & B – Contains both attributed victim proceeds and Shell Company address