**EXHIBIT 2 - Wires From Victim-Linked Shell Companies to Bank 2 Accounts**
**December 2022 - March 2023**

| Shell Company | Wire Transfer to SUBJECT ACCOUNT Date Range | | Total Wires to SUBJECT ACCOUNT | Count of Wires to SUBJECT ACCOUNT |
|---|---|---|---|---|
| | Beginning | Ending | | |
| ASPECT TRADING LLC | 2/10/2023 | 2/16/2023 | $449,200.00 | 5 |
| BAISHUNXING TRADING INC | 3/13/2023 | 3/29/2023 | $806,300.00 | 8 |
| BFC REMODEL LLC | 3/8/2023 | 3/23/2023 | $768,090.00 | 7 |
| BFC SUPPLY LLC | 3/8/2023 | 3/23/2023 | $813,835.00 | 10 |
| BITOO CONSULTING INC | 1/18/2023 | 1/27/2023 | $653,400.00 | 5 |
| CREATIVE HOMEGOODS LLC | 2/8/2023 | 2/15/2023 | $551,700.00 | 4 |
| CZY REMODEL INC | 12/9/2022 | 1/4/2023 | $1,813,000.00 | 14 |
| DANCO GLOBAL, INC | 3/13/2023 | 3/29/2023 | $788,500.00 | 4 |
| FUYU COMMERCE LLC | 1/18/2023 | 2/8/2023 | $1,172,100.00 | 12 |
| GOJI BERRY ENTERPRISE INC | 3/10/2023 | 3/29/2023 | $821,900.00 | 4 |
| GUANGDA LOGISTICS INC | 3/13/2023 | 3/27/2023 | $879,000.00 | 5 |
| H & C TRADING LLC | 2/23/2023 | 3/28/2023 | $1,673,800.00 | 17 |
| HING SHING TRADE LIMITED WORKSHOP | 12/8/2022 | 12/14/2022 | $319,700.00 | 5 |
| KAIS TEA SET SUPPLIES LLC | 2/27/2023 | 3/27/2023 | $1,523,200.00 | 14 |
| KQQ KITCHEN APPLIANCE WHOLESALE LLC | 3/3/2023 | 3/23/2023 | $718,150.00 | 7 |
| KQQ TRADING LLC | 3/3/2023 | 3/27/2023 | $762,740.00 | 11 |
| LEADING CONSTRUCTION LLC | 1/19/2023 | 1/25/2023 | $443,000.00 | 4 |
| LIVELY HOMEGOOD LLC | 2/6/2023 | 2/22/2023 | $600,100.00 | 7 |
| LJS REMODELING LLC | 1/10/2023 | 1/19/2023 | $259,000.00 | 4 |
| LJS SUPPLY LLC | 1/10/2023 | 2/9/2023 | $1,279,250.00 | 13 |
| LQH SUPPLY LLC | 1/26/2023 | 2/13/2023 | $1,094,860.00 | 11 |
| MINGXING REMODEL LLC | 12/1/2022 | 12/13/2022 | $400,000.00 | 4 |
| MINGXINGTRANDING, INC. | 12/5/2022 | 12/5/2022 | $100,000.00 | 1 |
| ORDECO TRADING CO LIMITED | 12/5/2022 | 12/9/2022 | $166,300.00 | 2 |
| SEA DRAGON REMODEL INC | 12/2/2022 | 12/6/2022 | $97,400.00 | 2 |
| SHANGHAI FOOD & GROCERIES LLC | 1/23/2023 | 2/8/2023 | $1,479,400.00 | 15 |
| SMX BEAUTY INC | 12/2/2022 | 12/22/2022 | $1,152,260.00 | 12 |
| SMX TRAVEL INC | 12/1/2022 | 12/16/2022 | $1,039,500.00 | 9 |
| SUNRISE SUPPLY LLC | 1/24/2023 | 2/8/2023 | $785,300.00 | 5 |
| WXY SKINCARE SPA LLC | 2/10/2023 | 2/17/2023 | $507,900.00 | 5 |
| XIEYUNZHU TRADING INC | 12/19/2022 | 12/21/2022 | $85,000.00 | 2 |
| YHM SUPPLY LLC | 2/6/2023 | 2/15/2023 | $785,040.00 | 7 |
| YHM TRADING LLC | 1/18/2023 | 2/15/2023 | $1,020,900.00 | 7 |
| YONGDI TRADING CO., LIMITED | 12/1/2022 | 12/1/2022 | $74,000.00 | 1 |
| YOULONG FURNISHING INC | 1/11/2023 | 1/31/2023 | $1,300,800.00 | 10 |
| YZX LUXURY LLC | 12/5/2022 | 12/15/2022 | $821,900.00 | 7 |
| YZX TRENDING LLC | 12/1/2022 | 12/15/2022 | $430,500.00 | 7 |
| ZHONGYONG TRADE INC | 12/27/2022 | 1/3/2023 | $586,000.00 | 4 |
| ZQC SUPPLY LLC | 2/6/2023 | 2/22/2023 | $760,350.00 | 7 |
| **Grand Total** | **12/1/2022** | **3/29/2023** | **$29,783,375.00** | **278** |