IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>    v.<br><br>$13,475,175.67 IN FUNDS SEIZED FROM MITSUBISHI UFJ TRUST AND BANKING CORPORATION ACCOUNT ENDING IN 0328,<br><br>Defendant *in Rem*.<br><br>DELTEC BANK AND TRUST,<br><br>Claimant | Civil No. 1:24-cv-2333 |

**<u>FINANCIAL INTEREST DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Deltec Bank and Trust in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: Halcyon Properties Ltd.; Deltec Bank and Trust Limited (on behalf of client investment accounts); Petit Mason Ltd.; Fender Corporation; The Lele Company Limited; Marsha Investments Enterprises Inc.; Tomson Pte Ltd.; Deltec Bank

and Trust Limited as Trustee of the Maritime Trust; Terry Girling; Deltec International Group Pension Plan.

<u>January 17, 2025</u>
Date

                                            __/s/ Tatiana Martins__
Tatiana Martins (admitted pro hac vice)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4085
tatiana.martins@davispolk.com

 /s/ Fiona R. Moran
Fiona R. Moran, VSB No. 84235
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7137
fiona.moran@davispolk.com